

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00384-CR

The **STATE** of Texas,
Appellant

v.

Desiree Renee **GOMEZ,**
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 542323
Honorable John Longoria, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

This is a State's appeal from an order granting a motion to suppress. After the trial court signed the order granting the appellee's motion, the State filed a written request for findings of fact and conclusions of law, but none were made in writing by the trial court. In its brief, the State notes that the trial court "dictated its findings at the conclusion of the hearing."

Although the trial court described and made comments about the evidence introduced at the suppression hearing, and ultimately concluded the arresting officer lacked probable cause to make an arrest, we conclude the trial court did not make sufficient, clear findings of historical fact or witness credibility. *See State v. Copeland*, 501 S.W.3d 610, 613 (Tex. Crim. App. 2016) (explaining essential findings include those that are adequate, complete, and cover every potentially dispositive issue). We therefore **order** that this appeal is abated and the case is remanded to the trial court for the entry of written findings of fact and conclusions of law. *See generally State v. Saenz*, 411 S.W.3d 488 (Tex. Crim. App. 2013). We order that the findings of fact and conclusions of law be filed with this court by **December 31, 2018**.

It is so **ORDERED** on December 11, 2018.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

